IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TIPHANEY MARCHETTA, ET AL.**                             **PLAINTIFFS**

v.                                                     **CAUSE NO. 1:12CV315 LG-JCG**

**BURKS OUTLET STORE OF PICAYUNE, MS**                  **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate Judge John M. Roper entered in this cause on July 9, 2014.  The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed.  Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED** without prejudice.

**SO ORDERED AND ADJUDGED** this the 12th day of August, 2014.

                                                       s/ *Louis Guirola, Jr.*
                                                       LOUIS GUIROLA, JR.
                                                       CHIEF U.S. DISTRICT JUDGE